No. 77–1044. CARAVEL OFFICE BUILDING CO. ET AL. *v.* BOGLEY HARTING MAHONEY & LEIBLING, INC. Sup. Ct. Va. Certiorari denied.

No. 77–1045. BERGEN COUNTY ASSOCIATES ET AL. *v.* BOROUGH OF EAST RUTHERFORD ET AL. Super. Ct. N. J. Certiorari denied.

No. 77–1047. SHERARD *v.* GINSBERG ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–1049. ST. LOUIS UNION TRUST CO. ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 77–1052. BUTKER *v.* ALCOHOLIC BEVERAGE CONTROL APPEALS BOARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–1053. NUTTER *v.* TORREZ, DBA PERFECTO PLUMBING SEWER SERVICE, INC., ET AL. Sup. Ct. Kan. Certiorari denied.

No. 77–1054. TRACHTMAN *v.* ANKER, CHANCELLOR, NEW YORK CITY PUBLIC SCHOOLS, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–1055. LUNSFORD *v.* INVESTORS DIVERSIFIED SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–1090. FOUNDING CHURCH OF SCIENTOLOGY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–1142. ROBLES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1151. JACKSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.